IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                              Case No. 1:11-cr-10046

BENJAMIN PEPPER                                                                              DEFENDANT

## **ORDER**

Before the Court is Defendant Benjamin Pepper's Motion for Early Termination of Supervised Release. ECF No. 51. The Court finds the matter ripe for consideration.

On August 13, 2012, Defendant pled guilty to one count of being an unlawful user of a controlled substances in possession of a firearm in violation of 18 U.S.C. § 922(g)(3). ECF No. 29. On August 2, 2013, Defendant the Court sentenced Defendant to sixty (60) months imprisonment with credit for time served in federal custody, three (3) years of supervised release with special conditions, and a $100 special assessment. ECF No. 43.

On September 23, 2021, Defendant filed the instant motion requesting early termination of his period of supervised release. ECF No. 51. Defendant cites his clean record while on supervised release, as well as his advanced age and health issues, as indicating that he would not be a danger to the public if his supervised release is terminated. *Id*. Defendant has served approximately eighteen (18) months of his term of supervised release.

The United States Probation Office ("USPO") has provided the Court with its assessment of Defendant's motion. The USPO states that there have been no issues with Defendant maintaining compliance with the requirements of his supervised release that that he currently meets the requirements of 18 U.S.C. § 3583(e)(1) for termination of supervised release. Noting

Defendant's level of compliance and his health issues making him a low risk to the community, the USPO concludes that it does not oppose early termination of his period of supervised release.

A district court may terminate supervised release "if it is satisfied that such action is warranted by conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In making its determination, the Court must consider factors set forth under 18 U.S.C. § 3553(a), to the extent they are applicable. Section 3553(a) factors include, among others, the nature and circumstances of the offense, the history and characteristics of the defendant, and the need to provide the defendant with correctional treatment in the most efficient manner.

After consideration of the above-referenced factors, the Court finds that the instant motion (ECF No. 51) should be and hereby is **GRANTED** based upon Defendant's conduct and the interests of justice. Defendant's term of supervised release is hereby terminated.

**IT IS SO ORDERED**, this 4th day of October, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge